UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY LEE DUVARDO,

    Petitioner,

    v.

GEORGE GIURBINO, warden,

    Respondent.
                                   /

No. C 07-1069 MHP (pr)

**ORDER OF DISMISSAL**

    This action is dismissed because the petition for writ of habeas corpus duplicates the petition filed by petitioner in Case No. C 05-5428 MHP. The motion for appointment of counsel is DENIED as moot because this action is being dismissed. (Docket # 2.) Petitioner should not file any more documents in this action; all further filings should be made in Case No. C 05-5428 MHP. The clerk shall close the file.

    IT IS SO ORDERED.

DATED: July 11, 2007

                                  Marilyn Hall Patel
                                  United States District Judge