UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY LEE DUVARDO,

          Petitioner,

    v.

GEORGE GIURBINO, warden,

          Respondent.

_____/

No. C 07-1069 MHP (pr)

**JUDGMENT**

    This action is dismissed because the petition for writ of habeas corpus duplicates the petition filed by petitioner in an earlier case.

    IT IS SO ORDERED AND ADJUDGED.

DATED:  July 11, 2007

_____
Marilyn Hall Patel
United States District Judge

United States District Court

For the Northern District of California